IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **RECURSIVE WEB TECHNOLOGIES LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**PINNACLE VIDEO GROUP, INC. DBA AIRCHECK NEWS TAPING SERVICE,**<br><br>Defendant. | CIVIL ACTION NO. 5:19-cv-323<br><br>JURY TRIAL DEMANDED |

## ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

1.  This is an action for patent infringement in which Recursive Web Technologies LLC makes the following allegations against Pinnacle Video Group, Inc. dba Aircheck News Taping Service.

## PARTIES

2.  Plaintiff Recursive Web Technologies LLC ("Plaintiff") is a Delaware limited liability company with its principal place of business at 101 E. Park Blvd, Suite 600, Plano, TX 75074.

3.  On information and belief, Pinnacle Video Group, Inc. dba Aircheck News Taping Service ("Defendant" or "Aircheck") is a corporation organized and existing under the laws of the State of Texas, with its principal place of business in San Antonio, TX. It may be served with process through its registered agent, Malcolm Holzmann, 407 6th St, San Antonio, TX 78215.

## JURISDICTION AND VENUE

4.  This action arises under the patent laws of the United States, Title 35 of the United States Code. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1338(a).

[1]

5. Venue is proper in this district under 28 U.S.C. §§ 1391(c) and 1400(b). Aircheck is a Texas corporation, and, thus, resides in Texas and in this District.

6. On information and belief, Defendant is subject to this Court's specific and general personal jurisdiction pursuant to due process and/or the Texas Long Arm Statute, due at least to its substantial business in this forum, including: (i) at least a portion of the infringements alleged herein; and (ii) regularly doing or soliciting business, engaging in other persistent courses of conduct, and/or deriving substantial revenue from goods and services provided to individuals in Texas and in this Judicial District.

## COUNT I
## INFRINGEMENT OF U.S. PATENT NO. 8,244,661

7. Plaintiff is the owner of United States Patent No. 8,244,661 ("the '661 patent") entitled "System and Method for Facts Extraction and Domain Knowledge Repository Creation From Unstructured and Semi-Structured Documents." The '661 Patent issued on August 14, 2012. A true and correct copy of the '661 Patent is attached as Exhibit A.

8. Defendant owns, uses, operates, advertises, controls, sells, and otherwise provides products and/or services that infringe the '661 patent. The '661 patent provides, among other things, " A method of time stamp extraction and verification, comprising: parsing a page and representing it as a sequence of paragraphs; and building list of candidates for time stamp for each paragraph by extraction of valid triads representing year, month and day."

9. Defendant directly and/or through intermediaries, made, has made, used, imported, provided, supplied, distributed, sold, and/or offered for sale products and/or services that infringed one or more claims of the '661 patent, including at least Claim 1, in this district and elsewhere in the United States. By making, using, importing, offering for sale, and/or selling such products and services, and all like products and services, Defendant has injured Plaintiff and is thus liable for infringement of the '661 patent pursuant to 35 U.S.C. § 271.

10. AirCheck performs and induces others to perform a method of time stamp extraction and verification. For example, AirCheck provides AirTrack On-Demand Portal for media monitoring which extracts news data along with date ("time stamp"), time and/or title and displays it to a user.



Source: https://airchecknews.com/





[3]

Case 5:19-cv-00323-OLG   Document 1   Filed 03/30/19   Page 4 of 16

Source: https://airchecknews.com/services



**Our Services**

**AirTrack On-Demand Portal**
Our customizable media portal allows you 24/7 access to all of your subscription information - TV, Radio, Online and Traditional Print, and Social Media. Available from any web browser, our executive console lets you view, organize, share and analyze all your media simply and efficiently.

**Monitoring Reports**
Keep on top of important information about you, your clients or your competition. Media coverage reports include data from local and national broadcast, cable and syndicated outlets, local and national radio programming, internet, social media, traditional and online print. Enhance your custom report with Nielsen audience, ad and publicity values and other valuable metrics to help quantify your coverage.

**Preview**
Near-real time online preview of TV and radio from local and national news sources is available within minutes after airing. Our Edit From Preview system allows you to clip and save your story permanently in a variety of qualities and formats.

Source: https://airchecknews.com/services





**Content Analysis**
Manage your coverage with our executive dashboard and tools for customized coverage reports and content analysis from a single, user-friendly console. Categorize, sort, filter and search your stored files, then create eye-catching charts, graphs and reports to display and share your results.

**Video & Audio Clips**
Broadcast archive clips from all 210 local TV markets, national broadcast, cable, syndicated programming and thousands of hours of local and national radio outlets. Most programming is available for digital delivery within minutes of airing.

**Audience Measurement & Ad Value**
Program-specific audience and ad rate calculations provide critical measurement of the reach and value of your broadcast coverage. Coverage reports provide automatic tabulations of available metrics to provide quick and easy access to this vital information.

Source: https://airchecknews.com/services



Source: https://www.youtube.com/watch?time_continue=36&v=e0JG9nZTY_o

11. AirCheck performs and induces other to perform the step of parsing a page and representing it as a sequence of paragraphs. For example, the AirTrack On-Demand Portal parses the news data from various websites/webpages and represents the content as a sequence of paragraphs.



Source: https://airchecknews.com/services





### Content Analysis
Manage your coverage with our executive dashboard and tools for customized coverage reports and content analysis from a single, user-friendly console. Categorize, sort, filter and search your stored files, then create eye-catching charts, graphs and reports to display and share your results.

### Video & Audio Clips
Broadcast archive clips from all 210 local TV markets, national broadcast, cable, syndicated programming and thousands of hours of local and national radio outlets. Most programming is available for digital delivery within minutes of airing.

### Audience Measurement & Ad Value
Program-specific audience and ad rate calculations provide critical measurement of the reach and value of your broadcast coverage. Coverage reports provide automatic tabulations of available metrics to provide quick and easy access to this vital information.

Source: https://airchecknews.com/services



Source: https://www.youtube.com/watch?time_continue=36&v=e0JG9nZTY_o

[6]



Source: https://www.youtube.com/watch?time_continue=36&v=e0JG9nZTY_o

Source: https://airchecknews.com/coverage

12. AirCheck performs and induces other to perform the step of building list of candidates for time stamp for each paragraph by extraction of valid triads representing year, month and day. For example, the AirTrack On-Demand Portal builds the index of headings and/or titles ("candidates") for each of the paragraph with a valid extracted timestamp. The timestamp contains the year, month and day ("triad").



Source: https://www.youtube.com/watch?time_continue=36&v=e0JG9nZTY_o



Source: https://www.youtube.com/watch?time_continue=36&v=e0JG9nZTY_o

13. In the alternative, because the manner of use by Defendant differs in no substantial way from language of the claims, if Defendant is not found to literally infringe, Defendant infringes under the doctrine of equivalents.

14. Defendant's aforesaid activities have been without authority and/or license from Plaintiff.

15. In addition to what is required for pleadings in patent cases, and to the extent any marking was required by 35 U.S.C. § 287, Plaintiff and all predecessors in interest to the '661 Patent complied with all marking requirements under 35 U.S.C. § 287.

16. Plaintiff is entitled to recover from Defendant the damages sustained by Plaintiff as a result of the Defendant's wrongful acts in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## COUNT II
## INFRINGEMENT OF U.S. PATENT NO. 8,620,848

17. Plaintiff is the owner of United States Patent No. 8,620,848 ("the '848 patent") entitled "System and Method for Facts Extraction and Domain Knowledge Repository Creation From Unstructured and Semi-Structured Documents."  The '848 Patent issued on December 31, 2013.  A true and correct copy of the '848 Patent is attached as Exhibit B.

18. Defendant owns, uses, operates, advertises, controls, sells, and otherwise provides products and/or services that infringe the '848 patent. The '848 patent provides, among other things, "A method for extraction of very important numbers and objects that are associated with from a page comprising: determining paragraphs and tables containing numbers; and extracting the numbers."

19. Defendant directly and/or through intermediaries, made, has made, used, imported, provided, supplied, distributed, sold, and/or offered for sale products and/or services that infringed one or more claims of the '848 patent, including at least Claim 2, in this district and elsewhere in the United States. By making, using, importing, offering for sale, and/or selling such products and services, and all like products and services, Defendant has injured Plaintiff and is thus liable for infringement of the '848 patent pursuant to 35 U.S.C. § 271.

20. AirCheck performs and induces others to perform a method for extraction of very important numbers and objects that are associated with from a page. For example, AirCheck provides AirTrack On-Demand Portal for media monitoring to extract the Runtime, Nielsen audience, Ad value, Publicity value, 30 Sec. Ad Equivalency and/or timestamp ("very important numbers"). The Portal also tracks Unique Visitors ("very important numbers") from Facebook and/or Twitter.



Source: https://airchecknews.com/services



Source:
https://airchecknews.com/services



Source: https://airchecknews.com/services



Source: https://www.youtube.com/watch?time_continue=36&v=e0JG9nZTY_o


Source: https://www.youtube.com/watch?time_continue=36&v=e0JG9nZTY_o


Source: https://www.youtube.com/watch?time_continue=36&v=e0JG9nZTY_o



Source: https://www.youtube.com/watch?time_continue=36&v=e0JG9nZTY_o

21. AirCheck performs and induces others to perform the step of determining paragraphs and tables containing numbers; and extracting the numbers. For example, the AirTrack On-Demand Portal determines the posts ("paragraphs and tables") and extracts the Runtime, Nielsen audience, Ad value, Publicity value, 30 Sec. Ad Equivalency, Arbitron Audience and/or timestamp ("numbers").



Source: https://www.youtube.com/watch?time_continue=36&v=e0JG9nZTY_o


Source: https://www.youtube.com/watch?time_continue=36&v=e0JG9nZTY_o


Source: https://www.youtube.com/watch?time_continue=36&v=e0JG9nZTY_o

22. In the alternative, because the manner of use by Defendant differs in no substantial way from language of the claims, if Defendant is not found to literally infringe, Defendant infringes under the doctrine of equivalents.

23. Defendant's aforesaid activities have been without authority and/or license from Plaintiff.

24. In addition to what is required for pleadings in patent cases, and to the extent any marking was required by 35 U.S.C. § 287, Plaintiff and all predecessors in interest to the '848 Patent complied with all marking requirements under 35 U.S.C. § 287.

25. Plaintiff is entitled to recover from Defendant the damages sustained by Plaintiff as a result of the Defendant's wrongful acts in an amount subject to proof at trial, which, by law, cannot be less than a reasonable royalty, together with interest and costs as fixed by this Court under 35 U.S.C. § 284.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that this Court enter:

1. A judgment in favor of Plaintiff that Defendant has infringed the '661, and '848 Patents;

2. A judgment and order requiring Defendant to pay Plaintiff its damages, costs, expenses, and prejudgment and post-judgment interest for Defendant's infringement of the '661, and '848 Patents as provided under 35 U.S.C. § 284;

3. An award to Plaintiff for enhanced damages resulting from the knowing, deliberate, and willful nature of Defendant's prohibited conduct with notice being made at least as early as the date of the filing of this Complaint, as provided under 35 U.S.C. § 284;

4. A judgment and order finding that this is an exceptional case within the meaning of 35 U.S.C. § 285 and awarding to Plaintiff its reasonable attorneys' fees; and

5. Any and all other relief to which Plaintiff may show itself to be entitled.

## DEMAND FOR JURY TRIAL

Plaintiff, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable by right.

Respectfully Submitted,

**RECURSIVE WEB TECHNOLOGIES LLC**

*/s/ Papool S. Chaudhari*

Dated: March 30, 2019      By: _____
Papool S. Chaudhari
Texas State Bar No. 24076978
Chaudhari Law, PLLC

P.O. Box 1863
Wylie, Texas 75098
Phone: (214) 702-1150
Fax: (214) 705-3775
Papool@ChaudhariLaw.com

**ATTORNEY FOR PLAINTIFF
RECURSIVE WEB TECHNOLOGIES LLC**

[16]